

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-14-00466-CR

Katherine Sue McKeever § From the 271st District Court

§ of Wise County (CR17445)

v. § April 30, 2015

§ Opinion by Justice Sudderth

The State of Texas § (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
    Justice Bonnie Sudderth